OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST-CLASS

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.26⁵

02 1M
0004279596          JAN 22 2015
MAILED FROM ZIP CODE 78701

1/21/2015
MARTINEZ, ROBERT V. Jr. Tr. Ct. No. 307125                      WR-33,162-13
This is to advise that the Court has denied without written order motion for leave to
file the original application for writ of mandamus.

Abel Acosta, Clerk

**RETURN TO SENDER**
INCOMPLETE INFORMATION
NEED SID NUMBER AND UNIT
LOCATION TO IDENTIFY

SID# 03173698

DD
DIE

ROBERT V. MARTINEZ JR.
# 1931397

200
San Antonio, TX
78207-3505

UTF